**In the Matter of Joseph Peter GUARRASI.**

**No. 934 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

June 24, 2004.

*ORDER*

PER CURIAM.

AND NOW, this 24th day of June, 2004, the Joint Petition for Temporary Suspension is granted, and it is hereby ORDERED that Joseph Peter Guarrasi is placed on temporary suspension pursuant to Rule 208(f), Pa.R.D.E., until further definitive action by this Court. It is further ORDERED that respondent shall comply with all the provisions of Rule 217, Pa. R.D.E.

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**Paul Anthony GRAEFF, Jr., Respondent.**

**No. 895 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

June 24, 2004.

*ORDER*

PER CURIAM.

AND NOW, this 24th day of June, 2004, there having been filed with this Court by Paul Anthony Graeff, Jr., his verified Statement of Resignation dated April 20, 2004, stating that he desires to resign from the Bar of the Commonwealth of Pennsyl-

vania in accordance with the provisions of Rule 215, Pa.R.D.E., it is

ORDERED that the resignation of Paul Anthony Graeff, Jr., be and it is hereby accepted and he is DISBARRED ON CONSENT from the Bar of the Commonwealth of Pennsylvania retroactive to February 3, 2004; and it is further ORDERED that he shall comply with the provisions of Rule 217, Pa.R.D.E. Respondent shall pay costs, if any, to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.